J. Stephen Peek, Esq.
Nevada Bar No. 1758
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2544
Fax: (702) 669-4650
Email: speek@hollandhart.com
        jgwent@hollandhart.com

*Attorneys for Branch Banking and Trust Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>R & S ST. ROSE, LLC,<br><br>               Debtor.<br>_____<br>BRANCH BANKING AND TRUST COMPANY,<br><br>               Appellant,<br>v.<br><br>R & S ST. ROSE LENDERS, LLC, et al.,<br><br>               Appellees. | USDC Case No.: 2:17-cv-01322-mmd<br><br>Bankruptcy Case No. 11-14973-mkn<br>Chapter 11<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE APPELLATE BRIEFS** |

The undersigned parties, by and through their attorneys of record, hereby stipulate and agree as follows.

1.      On June 13, 2017, Branch Banking and Trust Company ("BB&T") filed its opening brief herein. *See* ECF No. 14.

2.      On February 12, 2018, this Court entered its Minute Order setting briefing deadlines. *See* ECF No. 37.

3.      Pursuant to the Minute Order, the answering briefs are due on March 12, 2018, and the reply brief is due on March 26, 2018.

10702594_1

4.      The parties hereto stipulate and agree to the extension of the above-mentioned deadlines as follows:

      a.      The answering briefs shall be due on April 13, 2018; and

      b.      The reply brief shall be due April 27, 2018.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

10702594_1

5.    This is the first request for an extension made by the parties to this appeal after the conclusion of the mediation.  This parties make this request in good faith and not for the purpose of delay.

DATED this 20th day of February, 2018.

HOLLAND & HART LLP

/s/ Joseph G. Went, Esq.

J. Stephen Peek, Esq.
Joseph G. Went, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
*Attorneys for Branch Banking and Trust Company*

SCHWARTZ FLANSBURG, PLLC

/s/ Samuel A. Schwartz, Esq.

Samuel A. Schwartz, Esq.
6623 Las Vegas Blvd. So., Ste 300
Las Vegas, NV 89119-3246
*Attorneys for R&S St. Rose LLC*

GHANDI DEETER BLACKHAM

/s/ Nedda Ghandi, Esq.

Nedda Ghandi, Esq.
Nevada Bar No. 11137
725 South 8th Street, Suite 100
South 6th Street
Las Vegas, NV 89101-6919

HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON

/s/ Ogonna M. Brown, Esq.

Ogonna M. Brown, Esq.
Nevada Bar No. 7589
400 S. Fourth Street, 3rd Floor
Las Vegas, NV 89101

*Attorneys for R&S Investment Group*

EARLY SULLIVAN WRIGHT GIZER & MCRAE, LLP

/s/ Scott E. Gizer, Esq.

Scott E. Gizer, Esq.
Nevada Bar No. 12216
601 South Seventh Street
2nd Floor
Las Vegas, NV 89101

*Attorneys for Commonwealth Land Title Insurance Company*

GARMAN TURNER GORDON

/s/ Talitha Gray Kozlowski, Esq.

Talitha Gray Kozlowski, Esq.
Nevada Bar No. 9040
650 White Dr #100
Las Vegas, NV 89119

*Attorneys for the Creditor Group*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:    February 22, 2018

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

10702594_1