**GHANDI DEETER BLACKHAM**
NEDDA GHANDI, ESQ.
Nevada Bar No. 11137
Email: nedda@ghandilaw.com
LAURA A. DEETER, ESQ.
Nevada Bar No. 10562
Email: laura@ghandilaw.com
725 South 8th Street Suite 100
Las Vegas, Nevada 89101
Telephone: (702) 878-1115
Fax: 1-(702) 447-9995
*Attorneys for Appellees,*
*R & S ST. ROSE LENDERS, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>R & S ST. ROSE LENDERS, LLC,<br><br>Debtor.<br><br>────────────────────────<br><br>BRANCH BANKING AND TRUST COMPANY,<br><br>Appellant,<br><br>v.<br><br>R & S ST. ROSE LENDERS, LLC, et al.<br><br>Appellees. | Case No. 2:17-CV-01322-MMD<br>Bankruptcy Case No.: 11-14973-mkn<br>Chapter 11<br><br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF<br>(Second Request) |

The parties stipulate as follows:

1. On February 22, 2018, this Court entered a Stipulation and Order to Extend Deadlines to File Appellate Briefs, which set a deadline of April 13, 2018, for the appellees to file their answering brief; and April 27, 2018 for the appellant to file a reply brief. (ECF No. 39.)

2. On June 13, 2017, the appellant timely filed its opening brief. (ECF No. 14.)

Stipulation - 1

3. After participating in a three-day mediation earlier this year, the parties have again engaged in productive settlement discussions in one last effort to reach a global resolution. If a global resolution is reached it will settle at least six appeals—four in this Court and two in the Ninth Circuit—plus the underlying bankruptcy case from which this case emanated. But the settlement negotiations are complicated as they involve seven different groups of parties and two insurers. The parties believe, in good faith, that they need another week of settlement discussions to determine whether a settlement can be reached.

4. To enable the parties to engage in settlement negotiations without incurring additional fees and costs (which further complicate settlement discussions) the parties stipulate that the appellees shall have up to and including April 27, 2018, to file their answering brief. The appellant shall then have up to and including May 11, 2018, to file any reply brief.

5. The parties have not entered into this stipulation for any purpose of delay, but in a good faith attempt to reach a resolution without further unnecessary expenditures of fees and costs.

Dated this 11th day of April 2018.

| GHANDI DEETER BLACKHAM | HOLLAND & HART LLP |
|---|---|
| By: /s/ Nedda Ghandi <br> Nedda Ghandi, Esq. <br> 725 South 8th Street Suite 100 <br> Las Vegas, Nevada 89101 <br> *Counsel for R & S St. Rose Lenders, LLC* | By: /s/ Joseph G. Went <br> Joseph G. Went <br> 9555 Hillwood Drive, 2nd Floor <br> Las Vegas, Nevada 89134 <br> Attorneys for Branch Banking and Trust Company |

…
…
…
…
…

| | |
|---|---|
| EARLY SULLIVAN WRIGHT GIZER & MCRAE, LLP | DAVID J. MERRILL, P.C. |
| By: /s/ Scott E. Gizer<br>Scott E. Gizer<br>601 South 7th St., 2nd Floor<br>Las Vegas, Nevada 89101<br>Attorneys for Commonwealth Land Title Insurance Company | By: /s/ David J. Merrill<br>David J. Merrill<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Attorney for Brian Shapiro as Trustee of the R & S St. Rose Lenders, LLC Liquidation Trust |
| HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON | GARMAN TURNER GORDON |
| By: /s/ Ogonna M. Brown<br>Ogonna M. Brown<br>400 South 4th St., 3rd Floor<br>Las Vegas, Nevada 89101<br>Attorneys for R & S Investment Group | By: /s/ Talitha Gray Kozlowski<br>Talitha Gray Kozlowski<br>650 White Drive, Suite 100<br>Las Vegas, Nevada 89119<br>Attorneys for the Creditor Group |
| SCHWARTZ FLANSBURG, PLLC | |
| By: /s/ Samuel A. Schwartz<br>Samuel A. Schwartz<br>6623 Las Vegas Blvd. S., #300<br>Las Vegas, Nevada 89119<br>Attorneys for R & S St. Rose, LLC | |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 11, 2018