J. Stephen Peek, Esq.
Nevada Bar No. 1758
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2544
Fax: (702) 669-4650
Email: speek@hollandhart.com
        jgwent@hollandhart.com

*Attorneys for Branch Banking and Trust Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In re:

R & S ST. ROSE, LLC,

               Debtor.

_____

BRANCH BANKING AND TRUST
COMPANY,

               Appellant,

v.

R & S ST. ROSE LENDERS, LLC, et al.,

               Appellees.

USDC Case No.: 2:17-cv-01322-mmd

Bankruptcy Case No. 11-14973-mkn
Chapter 11

**STIPULATION AND ORDER FOR
EXTENSION OF TIME TO FILE
REPLY BRIEF
(Third Request)**

The undersigned parties, by and through their attorneys of record, hereby stipulate and agree as follows.

1.     On June 13, 2017, Branch Banking and Trust Company ("BB&T") filed its opening brief herein. *See* ECF No. 14.

2.     On February 22, 2018, this Court entered a Stipulation and Order to Extend Deadlines to File Appellate Briefs, which set a deadline of April 13, 2018 for the appellees to file their answering brief, and April 27, 2018 for the appellant to file a reply brief. *See* ECF No. 39.

10963220_1

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

3. On April 11, 2018, this Court entered a Stipulation and Order for Extension of Time to File Answering Brief, which set a deadline of April 27, 2018 for the appellees to file their answering brief, and May 11, 2018 for appellant to file a reply brief. *See* ECF No. 42.

4. The reason for the requested extension is to align the briefing schedule in this case with the other related cases, specifically 17-01298, 17-1301, and 17-1251, in which reply briefs are due on May 18, 2018.

5. The parties hereto stipulate and agree that appellant shall have up to and including May 18, 2018 to file any reply brief.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

10963220_1

6. This parties make this request in good faith and not for the purpose of delay.

DATED this 11th day of May 2018.

HOLLAND & HART LLP

/s/ Joseph G. Went, Esq.
_____
J. Stephen Peek, Esq.
Joseph G. Went, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
*Attorneys for Branch Banking and Trust Company*

SCHWARTZ FLANSBURG, PLLC

/s/ Samuel A. Schwartz, Esq.
_____
Samuel A. Schwartz, Esq.
6623 Las Vegas Blvd. So., Ste 300
Las Vegas, NV 89119-3246
*Attorneys for R&S St. Rose LLC*

GHANDI DEETER BLACKHAM

/s/ Nedda Ghandi, Esq.
_____
Nedda Ghandi, Esq.
Nevada Bar No. 11137
725 South 8th Street, Suite 100
Las Vegas, NV 89101-6919

DAVID J. MERRILL, P.C.

/s/ David J. Merrill, Esq.
_____
David J. Merrill, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Attorney for Brian Shapiro as Trustee

HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON

/s/ Ogonna M. Brown, Esq.
_____
Ogonna M. Brown, Esq.
Nevada Bar No. 7589
400 S. Fourth Street, 3rd Floor
Las Vegas, NV 89101

*Attorneys for R&S Investment Group*

EARLY SULLIVAN WRIGHT GIZER & MCRAE, LLP

/s/ Scott E. Gizer, Esq.
_____
Scott E. Gizer, Esq.
Nevada Bar No. 12216
601 South Seventh Street
2nd Floor
Las Vegas, NV 89101

*Attorneys for Commonwealth Land Title Insurance Company*

GARMAN TURNER GORDON

/s/ Talitha Gray Kozlowski, Esq.
_____
Talitha Gray Kozlowski, Esq.
Nevada Bar No. 9040
650 White Dr #100
Las Vegas, NV 89119

*Attorneys for the Creditor Group*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 14, 2018

10963220_1

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134